USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/14/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

    E2W, LLC,

                             **Plaintiff,**

            -against-                      1:20-cv-02866 (ALC)

    KIDZANIA OPERATIONS, S.A.R.L.,        **ORDER**

                             **Defendant.**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Show Cause Hearing previously scheduled for April 21, 2020 at 11:00 am is **ADJOURNED** to **May 1, 2020 at 1:00 pm**. The parties should contact the Court at 1 (888) 363-4749 on the date and time specified above and once prompted should dial the conference code 3768660.

**SO ORDERED.**

**Dated: April 14, 2020**
       New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 United States District Judge