USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E2W, LLC, a Delaware limited liability company,<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KIDZANIA OPERATIONS, S.A.R.L., a Luxembourg corporation.<br>　　　　　　　　Defendant. | Case No. 1:20-cv-02866 (ALC)<br><br>**PROPOSED ORDER WITHDRAWAL OF COUNSEL** |

　　Upon the accompanying declaration of Damien J. Marshall, dated May 6, 2020;

　　**IT IS HEREBY ORDERED** that Damien J. Marshall hereby withdraws as counsel for Defendant KidZania Operations, S.A.R. L. and shall be removed from the Case Management/ Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Jeanne A. Fugate of King & Spalding LLP and Christopher G. Caldwell will continue to represent Defendant KidZania Operations, S.A.R. L.

Dated: 5/7/2020　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Andrew L. Carter Jr.
　　　　　　　　　　　　　　　　United States District Judge

1