UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

E2W, LLC,

                **Plaintiff,**

     v.                                        20-cv-02866 (ALC)

                                             **ORDER**

KIDZANIA OPERATION, S.A.R.L.,

                **Defendant.**

------------------------------------------------------------------: x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/11/2020

**ANDREW L. CARTER, JR., District Judge:**

On May 7, 2020, a hearing was held about an Application for Preliminary Injunction by Plaintiff E2W, LLC (No. 31). For the reasons set forth on the record during the May 7, 2020 hearing, it is hereby:

**ORDERED** that Defendant KidZania and its agents, employees, and affiliated companies under its control are enjoined from terminating the Franchise Agreement and taking any actions that would interfere with the continued operations of Plaintiff, including indicating or disclosing to any third party that the Franchise Agreement has been terminated. The Parties are **ORDERED** to otherwise maintain the status quo of their operating relationship pending a decision in the ICC arbitration regarding the termination of the Franchise Agreement.

**IT IS FURTHER ORDERED** that, pursuant to Rule 65(c), Fed. R. Civ. P., as a condition of the preliminary injunction, Plaintiff shall post a bond in the amount of $1 million. Plaintiff is **ORDERED** to post this bond by May 28, 2020.

As stated on the record during the May 7, 2020 hearing, Defendant's Motion to Seal (No. 21) is **GRANTED**; Defendant's Evidentiary Objections (No. 27) are **DENIED**; Plaintiff's Motion to Seal (No. 33) is **DENIED**; and Defendant's Objection to Reply Evidence (No. 41) is **DENIED**.

Consistent with the above sealing orders issued on the record, the Court respectfully directs the Clerk of Court to maintain Document No. 28 under seal, and to unseal Document No. 37.

Defendant is **ORDERED** to file public versions of the Exhibits at Document No. 28, redacted consistent with the Court's sealing order on the record, within 7 days.

**SO ORDERED.**
**Dated: May 11, 2020**
    **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**