UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E2W, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>   v.<br><br>KIDZANIA OPERATIONS, S.A.R.L., a Luxembourg corporation.<br><br>                    Defendant. | 1:20-cv-02866-JPC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S LETTER MOTION TO REDACT DOCUMENT |

This matter comes before the Court on Plaintiff E2W, LLC's ("E2W") letter motion to redact Polsinelli PC's bank account information from its Unopposed Letter Motion to Release Bond. Having considered Plaintiff's Letter Motion, the Court hereby GRANTS E2W's Letter Motion to Redact Document and ORDERS as follows:

    1.    E2W's Letter Motion to Redact Document is GRANTED;

    2.    The redacted Unopposed Letter Motion to Release Bond is approved and accepted to be filed in redacted form; and

    3.    The Clerk is directed to place the previously filed original Unopposed Letter Motion to Release Bond [Doc 72] without redaction, under seal.

It is so ORDERED this  26  day of   August   , 2021.

                                                                                                                                                                     _____
                                                                                                                                                                    Honorable John P. Cronan
                                                                                                                                                                   United States District Court for the
                                                                                                                                                                   Southern District of New York