UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E2W, LLC, a Delaware limited liability company,<br><br>      Plaintiff,<br><br>v.<br><br>KIDZANIA OPERATIONS, S.A.R.L., a Luxembourg corporation.<br><br>      Defendant. | 1:20-cv-02866-JPC<br><br>[PROPOSED] ORDER TO RELEASE BOND |

On consideration of E2W's Unopposed Letter Motion to Release Bond, it appears there is good cause thereof.

IT IS ADJUDGED, ORDERED, AND DECREED that:

The Clerk of the United States District Court for the Southern District of New York shall release the cash bond of $1,000,000.00 to Polsinelli PC's Colorado IOLTA Trust via direct deposit in accordance with confidential banking information reflected in the sealed copy of the Unopposed Letter Motion to Release Bond [Doc 72].

Dated: __August 26, 2021__         _____

                      Honorable John P. Cronan
                      United States District Court for the
                      Southern District of New York