UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

E2W, LLC, A DELAWARE LIMITED LIABILITY COMPANY,

    Plaintiff,

-against-

KIDZANIA OPERATIONS, S.A.R.L., a Luxembourg corporation,

    Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

1:20-cv-02866-JPC

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties to this action, KidZania Operations, S.A.R.L. ("KidZania") and E2W, LLC ("E2W") (jointly referenced as the "Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them (the "Settlement Agreement"), to the Dismissal With Prejudice of this action, including all claims, causes of actions, and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

    The Settlement Agreement contains future performance obligations, including a payment schedule and obligations to open franchisee facilities by dates certain and provides that, in the event of a default, a stipulated judgment will be entered in this Court. While this action is being dismissed with prejudice, the parties have agreed that, in the event of an uncured default by E2W of its obligations under the Settlement Agreement or the Franchise Agreement, a new action will be filed in this Court by KidZania and related to this Case, and that KidZania may proceed to seek entry of the Stipulated Judgment by way of ex parte application.

DATED: September 17, 2021                POLSINELLI PC

*[signature]*

Gabriel Levinson, Esq., #3059243
Darnell S. Stanislaus, Esq., #DS8683
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 684-0199
Facsimile: (212) 684-0197
glevinson@polsinelli.com
dstanislaus@polsinelli.com

Leonard H. MacPhee, Esq.
(admitted pro hac vice)
Colorado Bar Number: 27753
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 572-9300
Facsimile: (303) 572-7883
lmacphee@polsinelli.com

Attorneys for Plaintiff E2W, LLC

DATED: September 17, 2021                KING & SPALDING LLP

*[signature]*

Jeanne A. Fugate
(admitted pro hac vice)
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Richard Marooney
1185 Avenue of the Americas
34th Floor
New York, New York 10036
Telephone: (212) 556-2100
rmarooney@kslaw.com

CHRISTOPHER G. CALDWELL

*[signature]* 9-20-21

Christopher G. Caldwell
(admitted pro hac vice)
633 West Fifth Street
Suite 1710
Los Angeles, California 90071
Telephone: (213) 712-8079

Attorneys for Defendant
KIDZANIA OPERATIONS, S.A.R.L.